**MERITOR TRANSMISSION CORPORATION, Plaintiff–Appellant,**

v.

**EATON CORPORATION, Defendant–Cross Appellant.**

**Nos. 2007–1210, 2007–1245.**

United States Court of Appeals, Federal Circuit.

Dec. 13, 2007.

Daniel R. Cherry, Welsh & Katz, Ltd., of Chicago, Illinois, argued for plaintiff-appellant. With him on the brief were Walter J. Kawula, Jr., Brian J. Sodikoff and M. Lee Murrah, Chief Intellectual Property Counsel, Arvinmeritor, Inc., of Troy, Michigan.

John A. Burlingame and Donnie Lewis Kidd, Jr., Squire, Sanders & Dempsey L.L.P., of Washington, argued for defendant-cross appellant. With them on the brief was William H. Mandir, of Sughrue Mion PLLC, of Washington, DC.

Before NEWMAN, MAYER, and GAJARSA, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36